CSD 1007-7 [02/2022]

| Name, Address, Telephone, & I.D. No.<br>**Engel & Miller**<br>**656 Fifth Avenue, Suite I**<br>**San Diego, CA 92101**<br>**(619)544-1415**<br>**CA#105659 CA** | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF CALIFORNIA**<br>325 West F Street, San Diego, California 92101-6991 | |
| In Re<br>**CAL BAJA FURNITURE MANUFACTURE LLC**<br><br><br>Debtor(s) | Bankruptcy No. |
| <br><br>Plaintiff(s) | Adversary No. |
| V.<br><br>Defendant(s) | [add if filed in response to hearing]<br>Date of Hearing: **0**<br>Time of Hearing:<br>Name of Judge: |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and Local Bankruptcy Rules 1007-7 and 7007.1-1,

**CAL BAJA FURNITURE MANUFACTURE LLC**          , a
[Name of Corporate Party]

(check one)

■ Corporate Debtor
☐ Party to an Adversary Proceeding

makes the following disclosure(s):  (check one)

☐          All corporations, other than a governmental unit, that directly or indirectly own ten 10% or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

OR

■          There are no corporate entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated:   **November 18, 2024**          **/s/ Thomas S. Engel, ESQ.**
                                                        **Thomas S. Engel, ESQ. CA#105659**
                                                                Attorney Signature